IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
(GAINESVILLE)

| | |
|---|---|
| IN RE:<br>Seth Adam Fox and Jessica June Fox<br><br>**Debtor(s)**. | CASE NO. 26-20998-jrs<br><br>CHAPTER 13 |
| Progress Residential Borrower 3, LLC<br><br>**Movant**<br><br>v.<br><br>Seth Adam Fox, Jessica June Fox, Debtor(s);<br>Nancy Bennett, Codebtor(s); and<br>Nancy J. Whaley, Trustee<br><br>**Respondents**. | Judge James R. Sacca<br><br>CONTESTED MATTER |

**<u>MOTION FOR RELIEF FROM AUTOMATIC STAY AND MOTION FOR RELIEF FROM CODEBTOR STAY</u>**

COMES NOW, Progress Residential Borrower 3, LLC (hereinafter "Movant"), a creditor and party in interest in the above-captioned case, by and through its undersigned counsel, and, pursuant to 11 U.S.C. §§ 362(d) and 1301, moves the Court for an order lifting the automatic stay and co-debtor stay (hereinafter, the "Motion"), respectfully showing this honorable Court as follows:

1.

This is a Motion under Sections 362(d) and 1301 of the Bankruptcy Code for relief from the automatic stay and co-debtor stay for all purposes allowed by law and the contract between the parties including, but not limited to, the right to proceed with a Dispossessory Action.

2.

Seth Adam Fox and Jessica June Fox (hereinafter, “Debtor(s)”) filed a voluntary petition for bankruptcy protection under Chapter 13 of the Bankruptcy Code on June 24, 2026, and are, therefore, subject to the jurisdiction of the Court.

3.

This Court has jurisdiction over this Motion pursuant to 11 U.S.C. §§ 362, 363, 1301, and FRBP 4001(a).

4.

Movant is a landlord/creditor pursuant to a Residential Lease Agreement dated March 5, 2025, at a rate of $2,365.00 per month, plus utilities as-incurred and fees accruing thereunder (hereinafter, the “Lease”). The Lease is executed by Seth Adam Fox, Jessica June Fox, and Nancy Bennett, relative to certain property known as 3150 Englewood Dr, Cumming GA 30040, (hereinafter, the “Property”). A true and correct copy of the Lease is attached hereto as Exhibit “A” and incorporated herein by reference.

5.

Codebtor Nancy Bennett is a party to the Lease.

6.

Movant avers that, pursuant to the terms and conditions of the Lease, the parties to the Lease, inclusive of Debtor(s) and Codebtor, are currently in default under the terms of the Lease for non-payment of rent, and utilities as-incurred and fees accruing thereunder, in the amount of $10,925.42, including a post-filing default for failure to pay rent for the month(s) of July, August, September, and October 2026.

7.

Movant further avers there is cause, including the lack of adequate protection, for granting Movant's Motion for Relief from Automatic Stay. Furthermore, the stay should be lifted as the Debtor(s) (and Codebtor) do not have equity in the Property, and it is not necessary for an effective reorganization.

8.

Pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301, Movant is entitled to a termination of the automatic stay, with respect to its Property, since the lack of adequate protection exists.

9.

Movant shows that good cause exists to grant relief from the automatic stay of 11 U.S.C. § 362 and the Codebtor stay of 11 U.S.C. § 1301.

10.

Movant requests that the provisions of Bankruptcy Rule 4001(a)(4) be waived and/or modified so as to allow Movant to proceed immediately with a dispossessory action in the applicable state Magistrate Court.

WHEREFORE, Movant PROGRESS RESIDENTIAL BORROWER 3, LLC prays for the following relief:

(a) That this Court grant Movant's Motion for Relief From Stay and Codebtor Stay;

(b) That the automatic stay under 11 U.S.C. § 362 and the Codebtor stay of 11 U.S.C. § 1301 of the Bankruptcy Code be terminated, annulled, modified, and lifted to permit Movant to pursue all remedies available under Georgia law to recover possession of the Property and to allow Movant to apply any security deposit held by Movant to any post-petition amounts which came due under the terms of the Lease, and that the property be abandoned as property of the estate;

(c) That the Court waive and/or modify Bankruptcy Rule 4001(a)(4) so as to allow Movant to proceed immediately with a dispossessory action;

(d) That the Court award Movant its attorney's fees and costs in bringing of this Motion; and

(e) For such other and further relief as this Court deems just and equitable.

Respectfully submitted, this Tuesday, October 20, 2026.

THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338
(404) 692-4342 (Telephone)
mft@tottenfirm.com

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
ATTORNEY FOR MOVANT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
(GAINESVILLE)

| | |
|---|---|
| IN RE:<br>Seth Adam Fox and Jessica June Fox<br><br>**Debtor(s)**. | CASE NO. 26-20998-jrs<br><br>CHAPTER 13 |
| Progress Residential Borrower 3, LLC<br><br>**Movant**<br><br>v.<br><br>Seth Adam Fox and Jessica June Fox, Debtor(s); Nancy Bennett, Codebtor(s); and Nancy J. Whaley, Trustee<br><br>**Respondents**. | Judge James R. Sacca<br><br>CONTESTED MATTER |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that **Movant Progress Residential Borrower 3, LLC** has filed a **Motion for Relief from Automatic Stay and Motion for Relief from Codebtor Stay** and related papers with the Court in the above-referenced matter, seeking an order lifting the automatic stay as to certain real property located at 3150 Englewood Dr, Cumming GA 30040.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the **Motion for Relief From Stay on Tuesday, November 10, 2026,** the calendar call for which will be at **9:00 A.M. (ET) in** Courtroom 103, United States Courthouse, 121 Spring St SE, Gainesville, Georgia 30501, which calendar call may be attended in person or via the Court's Virtual Hearing Room. Except as explained in the hearing procedures on Judge Sacca's Chambers webpage, any matter held ready at the calendar call for the Court to hear shall be heard later that day in person at either 11 a.m. or 1 p.m. as mutually requested by the parties in the Courtroom listed above. Please check the "Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, which includes a link to Judge Sacca's Chambers webpage, for more information and instructions on how to participate in Court hearings. You should also review the "Hearing Information" tab on Judge Sacca's Chambers webpage for further information about the procedures for the hearing. If the parties do not mutually agree to have the matter heard in person at 11 a.m. (or such other time agreed to by the parties and approved by the Court, such as 11:30 a.m. that day), the matter will be heard in person at 1 p.m. that day.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy

case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive SW, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated: Tuesday, October 20, 2026.

THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338
(404) 692-4342 (Telephone)
mft@tottenfirm.com

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
ATTORNEY FOR MOVANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October 2026, I electronically filed the foregoing **Motion for Relief from Stay and Notice of Hearing** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy
Atlanta, GA 30341

Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows

Seth Adam Fox, Debtor
3150 Englewood Dr
Cumming GA 30040

Jessica June Fox, Debtor
3150 Englewood Dr
Cumming GA 30040

Nancy Bennett, Codebtor
3150 Englewood Dr
Cumming GA 30040

Dated: Tuesday, October 20, 2026.

THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338
(404) 692-4342 (Telephone)
mft@tottenfirm.com

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
ATTORNEY FOR MOVANT