**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 26-20998-JRS** |
| **SETH ADAM FOX AND JESSICA JUNE FOX,** | : | **CHAPTER 13** |
| **Debtor.** | : | |
| **PROGRESS RESIDENTIAL BORROWER 3, LLC,** | : | |
| **Movant,** | : | |
| **vs.** | : | **CONTESTED MATTER** |
| **SETH ADAM FOX AND JESSICA JUNE FOX, Debtors; NANCY BENNETT, Codebtor; and NANCY J. WHALEY, Trustee,** | : | |
| **Respondents.** | : | |

**DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM STAY**

COMES NOW Debtor, through counsel, and files this *Debtor's Response to Motion for Relief from Stay*, showing to this Honorable Court the following:

1.

Debtor opposes the relief requested in Movant's motion and requests to be heard on the matter.

Respectfully submitted,

*/s/ Richard H. Thomson*
Richard H. Thomson
GA Bar # 710264
Attorney for Debtor

Clark & Washington, P.C.
3300 Northeast Expressway, NE
Building 3
Atlanta GA 30341
Phone: (404) 522-2222
Fax: (770) 220-0685

Email: ecfnotices@cw13.com

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of November 2026, I electronically filed the foregoing *Debtor's Response to Motion for Relief from Stay* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Nancy J. Whaley, the Standing Chapter 13 Trustee

I further certify that on this day I caused a copy of this document to be served via the United States First Class Mail, with adequate postage prepaid or overnight mail on the following parties at the address shown for each.

Seth Adam Fox,
3150 Englewood Dr
Cumming GA 30040

Jessica June Fox,
3150 Englewood Dr
Cumming GA 30040

Nancy Bennett,
3150 Englewood Dr
Cumming GA 30040

Progress Residential Borrower 3, LLC
c/o Matthew F. Totten
The Totten Firm, LLC
5579 Chamblee-Dunwoody Rd,
Ste B-136
Atlanta, GA 30338

DATE: 11/1/2026

*/s/ Richard H. Thomson*
Richard H. Thomson, GA Bar No. 710264
Attorney for Debtors
Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta GA 30341
Phone: 404-522-2222

Fax: 770-220-0685
Email: ecfnotices@cw13.com