**IT IS ORDERED as set forth below:**

**Date: November 19, 2026**

**James R. Sacca**
**U.S. Bankruptcy Court Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Seth Adam Fox and Jessica June Fox | ) | |
| Debtor(s). | ) | |
| | ) | CASE NO. 26-20998-jrs |
| | ) | CHAPTER 13 |
| Progress Residential Borrower 3, LLC, | ) | Judge James R. Sacca |
| Movant. | ) | |
| V. | ) | CONTESTED MATTER |
| Seth Adam Fox and Jessica June Fox, Debtor(s); Nancy Bennett, Codebtor(s); and Nancy J. Whaley, Trustee | ) | |
| Respondents. | ) | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND CODEBTOR STAY**

On October 20, 2026, Progress Residential Borrower 3, LLC (hereinafter, "Movant") filed a Motion For Relief From Automatic Stay and Motion for Relief Codebtor Stay (Doc. No. 30), as amended (Doc. 31) (collectively, the "Motion"). The Motion concerns rented real

property known as 3150 Englewood Dr, Cumming, GA 30040 (the "Property"). A hearing on said Motion was heard on November 10, 2026, upon notice Movant contends was proper. No response or objection to the Motion was filed by the Codebtor or Trustee, and with no opposition to Movant's Motion announced at the hearing by the Debtor, Codebtor, or the Trustee.

The Court, having considered the Motion and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant's Motion is granted. The automatic stay pursuant to 11 U.S.C. §§ 362(d) and 1301 of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment as to Debtor and Co-Debtor within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to Debtor and the property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action;

[END OF DOCUMENT]

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338

Tel: (404) 692-4342
Email: mft@tottenfirm.com

**No Opposition:**
/s/ Eric W. Roach (w/ Exp. perm)
Eric W. Roach
GA BAR NO. 143194
Office of Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 3030

***Distribution List:***

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy
Atlanta, GA 30341

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Seth Adam Fox, Debtor
3150 Englewood Dr
Cumming GA 30040

Jessica June Fox, Debtor
3150 Englewood Dr
Cumming GA 30040

Nancy Bennett, Codebtor
3150 Englewood Dr
Cumming GA 30040