**IT IS ORDERED as set forth below:**

**Date: November 19, 2026**

**James R. Sacca**
**U.S. Bankruptcy Court Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>Seth Adam Fox and Jessica June Fox<br><br>Debtor(s). | CASE NO. 26-20998-jrs<br>CHAPTER 13<br><br>Judge James R. Sacca |
| Progress Residential Borrower 3, LLC,<br><br>Movant.<br><br>V.<br><br>Seth Adam Fox and Jessica June Fox, Debtor(s); Nancy Bennett, Codebtor(s); and Nancy J. Whaley, Trustee<br><br>Respondents. | CONTESTED MATTER |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND CODEBTOR STAY**

On October 20, 2026, Progress Residential Borrower 3, LLC (hereinafter, “Movant”) filed a Motion For Relief From Automatic Stay and Motion for Relief Codebtor Stay (Doc. No. 30), as amended (Doc. 31) (collectively, the “Motion”). The Motion concerns rented real

property known as 3150 Englewood Dr, Cumming, GA 30040 (the "Property"). A hearing on said Motion was heard on November 10, 2026, upon notice Movant contends was proper. No response or objection to the Motion was filed by the Codebtor or Trustee, and with no opposition to Movant's Motion announced at the hearing by the Debtor, Codebtor, or the Trustee.

The Court, having considered the Motion and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant's Motion is granted. The automatic stay pursuant to 11 U.S.C. §§ 362(d) and 1301 of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment as to Debtor and Co-Debtor within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to Debtor and the property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action;

[END OF DOCUMENT]

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338

Tel: (404) 692-4342
Email: mft@tottenfirm.com

**No Opposition:**
/s/ Eric W. Roach (w/ Exp. perm)
Eric W. Roach
GA BAR NO. 143194
Office of Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 3030

***Distribution List:***

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy
Atlanta, GA 30341

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Seth Adam Fox, Debtor
3150 Englewood Dr
Cumming GA 30040

Jessica June Fox, Debtor
3150 Englewood Dr
Cumming GA 30040

Nancy Bennett, Codebtor
3150 Englewood Dr
Cumming GA 30040

United States Bankruptcy Court

Northern District of Georgia

In re:
Seth Adam Fox
Jessica June Fox
Debtors

Case No. 26-20998-jrs
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113E-8 | User: bncadmin | Page 1 of 2

Date Rcvd: Nov 20, 2026 | Form ID: pdf401 | Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jtdb | + | Seth Adam Fox, Jessica June Fox, 3150 Englewood Dr., Cumming, GA 30040-3591 |
| | + | Nancy Bennett, Codebtor, 3150 Englewood Dr, Cumming GA 30040-3591 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Nov 20 2026 20:13:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| E. L. Clark | on behalf of Joint Debtor Jessica June Fox cwatlantabk@gmail.com clarkwash@ecf.courtdrive.com |
| E. L. Clark | on behalf of Debtor Seth Adam Fox cwatlantabk@gmail.com clarkwash@ecf.courtdrive.com |

Matthew Franklin Totten
on behalf of Creditor Progress Residential Borrower 3 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email

Nancy J. Whaley
ecf@njwtrustee.com

Philip L. Rubin
on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. prubin@lrglaw.com

TOTAL: 5